UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE PIPEFITTERS )
LOCAL 537 PENSION FUND, ANNUITY )
FUND and HEALTH & WELFARE )
FUND, )
)
      Plaintiff, )
v. )   C.A. No. 05-10371-NG
)
NELSON A. KING CORPORATION d/b/a )
KING CORP., )
      Defendant. )

## STIPULATION

The parties hereby stipulate that the time within which Defendant, Nelson A. King Corporation d/b/a King Corp., may answer or otherwise responsively plead to the Complaint in this matter is hereby extended up to and including June 16, 2005.

Respectfully submitted,

| Trustees of the Pipefitters Local 537, et al.<br>By its attorneys, | King Corp.<br>By its attorneys, |
|---|---|
| _____<br>Christopher N. Souris, Esq.<br>BBO #556343<br>Krakow & Souris, LLC<br>225 Friend Street<br>Boston, MA 02114<br>Tel. (617) 723-8440 | _____<br>Christopher C. Whitney, Esq.<br>BBO #547104<br>Little Medeiros Kinder Bulman &<br>  Whitney, P.C.<br>72 Pine Street<br>Providence, RI 02903<br>Tel. (401) 272-8080<br>Fax (401) 521-3555 |

O:\JPQ\Nelson King-Pipefitters\Stipulation 06-06-05.doc