UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND,<br><br>            Plaintiff,<br>v.<br><br>NELSON A. KING CORPORATION d/b/a KING CORP.,<br>            Defendant. | C.A. No. 05-10371-NG |

## STIPULATION

The parties hereby stipulate that the time within which Defendant, Nelson A. King Corporation d/b/a King Corp., may answer or otherwise responsively plead to the Complaint in this matter is hereby extended up to and including June 23, 2005.

Respectfully submitted,

| | |
|---|---|
| Trustees of the Pipefitters Local 537, et al.<br>By its attorneys, | King Corp.<br>By its attorneys, |
| *Chris Souris* <br>Christopher N. Souris, Esq.<br>BBO #556343<br>Krakow & Souris, LLC<br>225 Friend Street<br>Boston, MA  02114<br>Tel. (617) 723-8440 | *[signature]* <br>Christopher C. Whitney, Esq.<br>BBO #547104<br>Little Medeiros Kinder Bulman &<br>   Whitney, P.C.<br>72 Pine Street<br>Providence, RI 02903<br>Tel. (401) 272-8080<br>Fax  (401) 521-3555 |

O:\JPQ\Nelson King-Pipefitters\Stipulation 06-06-05.doc