UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRUSTEES OF THE PIPEFITTERS )
LOCAL 537 PENSION FUND, ANNUITY )
FUND and HEALTH & WELFARE )
FUND, )
  )
      Plaintiff, )
v. ) C.A. No. 05-10371-NG
  )
NELSON A. KING CORPORATION d/b/a )
KING CORP., )
      Defendant. )

## ANSWER TO COMPLAINT

Defendant Nelson A. King Corporation ("King") by its attorneys Little Medeiros Kinder Bulman & Whitney, P.C., as and for its Answer to the Complaint of Plaintiffs, Trustees of the Pipefitters Local 537 Pension Fund, ("Trustees") or ("Plaintiffs"), states as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint.

4. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint.

6.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint.

7.  Admits the allegations contained in Paragraph 7 of the Complaint.

8.  Admits the allegations contained in Paragraph 8 of the Complaint.

9.  Admits the allegations contained in Paragraph 9 of the Complaint.

10. Admits the allegations contained in Paragraph 10 of the Complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint, and leaves the Plaintiffs to their proof.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

## AFFIRMATIVE DEFENSES

1.  The Complaint fails to state a cognizable claim under which relief may be granted.

Respectfully submitted,
King Corp.
By its attorneys,

Christopher C. Whitney, Esq.
BBO #547104
Little Medeiros Kinder Bulman &
   Whitney, P.C.
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax (401) 521-3555

## CERTIFICATION

I hereby certify that on the 23rd day of June I caused a true and accurate copy of the within Answer to Complaint to be mailed, first-class, postage prepaid, to Christopher N Souris, Esq., Krakow & Souris, LLC, 225 Friend Street, Boston, MA 02114.

_/s/ Linda Fryatt_

O:\MMR\Nelson King - Pipefitters\Answer to Complaint.doc