UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

**Trustee of the Pipefitters Local 537**

v.

CA/CR No. 05-10371 -NG

**Nelson A. King Corp.,**

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **COLLINGS** for the following proceedings:

( )   Referred for full pretrial case management, including all dispositive motions.

**(**XX )   Referred for full pretrial case management, not including dispositive motions:

(A)   Referred for discovery purposes only.

(B)   Referred for Report and Recommendation on:

  ( ) Motion(s) for injunctive relief
  ( ) Motion(s) for judgment on the pleadings
  ( ) Motion(s) for summary judgment
  ( ) Motion(s) to permit maintenance of a class action
  ( ) Motion(s) to suppress evidence
  ( ) Motion(s) to dismiss
  ( ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(C)   Case referred for events only. See Doc. No(s). _____

(D)   Case referred for settlement.

(E)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  ( ) In accordance with Rule 53, F.R.Civ.P.
  ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)   **Special Instructions:** _____
_____
_____

7/18/05                                              By:   s/ Maryellen Molloy
Date                                                        Deputy Clerk

---

[1]

Case 1:05-cv-10371-NG    Document 6    Filed 07/18/2005    Page 2 of 2