UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PIPEFITTERS LOCAL 537 PENSION FUND, ANNUITY FUND and HEALTH & WELFARE FUND,<br><br>    Plaintiffs,<br>v.<br><br>NELSON A. KING CORPORATION d/b/a KING CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-10371-NG<br>)<br>)<br>)<br>)<br>) |

**STIPULATED JUDGMENT**

Plaintiffs Trustees of the Pipefitters Local 537 Pension, Annuity, and Health & Welfare Funds and Defendant Nelson A. King Corp. hereby stipulate to the entry of judgment in the amount of $15,083.78 in favor of plaintiffs subject to the following terms:

1. Defendant shall pay to plaintiffs the amount of $15,083.78 in 14 monthly payments of $1,000 commencing on September 1, 2005 and a final payment of $1,083.78, each of which shall be due in the Fund Office by the first day of each month.

2. In the event that defendant fails to comply with the terms of paragraph 1 above with respect to any of the payments, then the entire balance shall become due immediately and plaintiffs shall be entitled to enforce this judgment with respect to the balance in the ordinary

course of enforcing judgments.

Plaintiffs, by their attorneys

_____
Christopher N. Souris
BBO#556343
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
Tel: 617-723-8440

Defendant, by its attorneys,

_____
Christopher C. Whitney, Esq.
BBO #547104
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street
Providence, RI 02903
Tel: 401-272-8080

SO ORDERED

_____
United States District Judge